# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL LEDEZMA, AND OTHERS SIMILARLY SITUATED,

Plaintiff(s)
Petitioner(s)

- against -

GUY & GALLARD, INC. & MATRAT LLC NEW YORK CORPORATIONS

Defendant(s)
Respondent(s)

INDEX #: 07 CV 11341
DATE FILED: 12/18/2007

JUDGE: SAND

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 12/27/2007, 11:44AM at 469 7TH AVENUE, NEW YORK NY 10018, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on GUY & GALLARD, INC., a defendant in the above action.

By delivering to and leaving with SHANE RICHTE at the above address and that he knew the person so served to be the *managing agent of the corporation*.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 23   Approximate height 5'06"   Approximate weight 130   Color of skin WHITE   Color of hair BLACK   Other GLASSES

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

TONY CONIGLIARO   License # 1220476

Sworn to before me on 12/28/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726