UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL LEDEZMA, AND OTHERS SIMILARLY SITUATED,

Plaintiff(s)
Petitioner(s)

- against -

GUY & GALLARD, INC. & MATRAT LLC NEW YORK
CORPORATIONS

Defendant(s)
Respondent(s)

INDEX #: 07 CV 11341
DATE FILED: 12/18/2007

JUDGE: SAND

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 12/27/2007, 11:51AM at 245 WEST 38TH STREET, NEW YORK NY 10018, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on MATRAT LLC, a defendant in the above action.

By delivering to and leaving with MOHAMMED RAHMAN A/K/A MD RAHMAN at the above address and that he knew the person so served to be the managing agent of the L.L.C..

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M    Approximate age 51    Approximate height 5'05"    Approximate weight 148    Color of skin WHITE    Color of hair BLACK & GREY
Other ACCENT

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

TONY CONIGLIARO    License # 1220476

Sworn to before me on 12/28/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726