## NOTICE OF ATTORNEY'S FEE & COST LIEN AND LIMITATION OF CLIENT'S RIGHT TO SETTLE

Notice is hereby given that Plaintiff, _Emanuel Ledesma_, has assigned to his/her counsel all right, title and interest to recover attorney's fees and costs in this action pursuant to 29 U.S.C. §216(b). Any attempt by plaintiff to settle, resolve, or waive the right of THE LAW OFFICE OF JUSTIN A. ZELLER, P.C. to attorney's fees and costs is ineffective and unenforceable.

_E.L. CH_                           _8/14/07_
CLIENT SIGNATURE                    DATE