## NOTICE OF CONSENT TO JOIN

      By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of __Guy & Gallard__ to pay me overtime wages as required under state and/or federal law and also authorize the filing of this consent in the action(s) challenging such conduct. I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

X __04/05/08__
DATE

X __Edwin Martinez__
PRINT NAME

X __[signature]__
CLIENT SIGNATURE