UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
EMANUEL LEDEZMA, Individually and on
Behalf of All Other Persons Similarly Situated,

                                Plaintiffs,

-against-

GUY & GALLARD, INC, and MATRAT, LLC,
New York corporations,

                                Defendants.
------------------------------------X

**CASE MANAGEMENT AND SCHEDULING ORDER**

Dkt. No.  07 CV 11341
(Sand, J.) (Eaton, M.J.)

       The counsel for the parties to the within action, having duly conferred, due state and propose the following Case Management & Scheduling Order:

| # | Item | Date |
|---|------|------|
| 1. | Deadline for all Rule 26 (a) Disclosure: | **August 15, 2008** |
| 2. | First Request for Production of Documents & Interrogatories | **September 19, 2008** |
| 3. | Deadline for joinder of additional parties and Amendment of Pleadings | **November 1, 2008** |
| 4. | Status Conference | **December 2, 2008** |
| 5. | All Discovery, including production of all: | **December 19, 2008** |
| 6. | Dispositive Motion process started by: | **January 1, 2009** |
| 7. | Joint Pretrial Order Due by: | **February 1, 2009** |
| 8. | Pre-Trial Conference: | **February 12, 2009** |

Dated: New York, N.Y.
August 8, 2008

RESPECTFULLY SUBMITTED, this 8th day of August 2008.

**THE LAW OFFICE OF
JUSTIN A. ZELLER, P.C.**
Counsel for Plaintiff
251 West 14th Street, 5th Floor
New York, NY 10011
(212) 229-2249

By: _____
Justin A. Zeller, Esq.
JZ 7094

**WISEMAN & HOFFMAN**
Counsel for Defendants
450 7th Avenue, Suite 1400
New York, NY 10123
(212) 686-2110

By: _____
Andrew S. Hoffmann
ASH 5517

SO ORDERED:

_____
U.S.D.J